**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Camara J. Thorpe<br>     Debtor | CHAPTER 13<br><br>BKY. NO. 18-14564 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                Respectfully submitted,

              **/s/Kevin G. McDonald, Esquire**
              Kevin G. McDonald, Esquire
              KML Law Group, P.C.
              701 Market Street, Suite 5000
              Philadelphia, PA 19106-1532
              (215) 627-1322 FAX (215) 627-7734