# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Camara J Thorpe | : | |
| | : | |
| Debtor | : | Bankruptcy No : 18-14564-mdc |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 7/11/18, this case is hereby DISMISSED.

Dated: July 26, 2018

_Judge Magdeline D. Coleman_
United States Bankruptcy Judge

Missing Documents:    Certification Concerning Credit Counseling and/or Certificate of Credit Counseling

bfmisdoc elf (1/22/15)