United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 18-14564-mdc
Camara J Thorpe                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 2               Date Rcvd: Jul 26, 2018
                              Form ID: pdf900             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2018.
```
db             +Camara J Thorpe,    7960 Bayard Street,    Philadelphia, PA 19150-1306
14163071       +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
14163074       +Convergent Outsoucing, Inc,    Po Box 9004,    Renton, WA 98057-9004
14163080      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit,    Po Box 62180,   Colorado Springs, CO 80962)
14163078       +First Data,   5565 Glenridge,    Connector NE Ste 2000,    Atlanta, GA 30342-1335
14163079        First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD 57104
14163083        Philadelphia Dept of Water Revenue,    MSB - 1401 JFK Blvd,    Philadelphia, PA 19102
14163084       +Professional Account Management,    633 W Wisconsin Ave,    Suite 600,   Milwaukee, WI 53203-1907
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 27 2018 01:48:12     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 27 2018 01:47:42     Pennsylvania Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,   Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 27 2018 01:48:01     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14163073       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 27 2018 01:56:21     Capital One,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
14163075       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 27 2018 01:55:37     Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
14163076       +E-mail/Text: mrdiscen@discover.com Jul 27 2018 01:47:14     Discover Financial,
                 Attn: Bankruptcy,    Po Box 3025,   New Albany, OH 43054-3025
14163077       +E-mail/Text: bnc-bluestem@quantum3group.com Jul 27 2018 01:48:15     Fingerhut,
                 6250 Ridgewood Rd,    St Cloud, MN 56303-0820
14163081       +E-mail/Text: bankruptcy@sccompanies.com Jul 27 2018 01:48:25     Ginnys/Swiss Colony Inc,
                 1112 7th Ave,    Monroe, WI 53566-1364
14163082        E-mail/Text: camanagement@mtb.com Jul 27 2018 01:47:22     M & T Bank,    Po Box 844,
                 Buffalo, NY 14240
14166130        E-mail/Text: bnc-quantum@quantum3group.com Jul 27 2018 01:47:26
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                              TOTAL: 10
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14170536*      +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
14170537*      +Bank Of America,   Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
14170538*      +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
14170539*      +Convergent Outsoucing, Inc,    Po Box 9004,    Renton, WA 98057-9004
14170540*      +Credit One Bank Na,    Po Box 98873,    Las Vegas, NV 89193-8873
14170541*      +Discover Financial,    Attn: Bankruptcy,    Po Box 3025,    New Albany, OH 43054-3025
14170545*     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit,    Po Box 62180,   Colorado Springs, CO 80962)
14170542*      +Fingerhut,   6250 Ridgewood Rd,    St Cloud, MN 56303-0820
14170543*      +First Data,   5565 Glenridge,    Connector NE Ste 2000,    Atlanta, GA 30342-1335
14170544*       First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD 57104
14170546*      +Ginnys/Swiss Colony Inc,    1112 7th Ave,    Monroe, WI 53566-1364
14170547*     ++M&T BANK,   LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court: M & T Bank,    Po Box 844,   Buffalo, NY 14240)
14170548*       Philadelphia Dept of Water Revenue,    MSB - 1401 JFK Blvd,    Philadelphia, PA 19102
14170549*      +Professional Account Management,    633 W Wisconsin Ave,    Suite 600,   Milwaukee, WI 53203-1907
14163072      ##+Bank Of America,   Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                TOTALS: 0, * 14, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                  Date Rcvd: Jul 26, 2018
                              Form ID: pdf900             Total Noticed: 18
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:
              DEMETRIUS J. PARRISH    on behalf of Debtor Camara J Thorpe djpbkpa@gmail.com,
               djp711@aol.com;r60715@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    philaecf@gmail.com,    ecfemails@ph13trustee.com
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Camara J Thorpe | : | |
| | : | |
| Debtor | : | Bankruptcy No : 18-14564-mdc |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 7/11/18, this case is hereby DISMISSED.

Dated: July 26, 2018

Judge Magdeline D. Coleman
United States Bankruptcy Judge

Missing Documents:   Certification Concerning Credit Counseling and/or Certificate of Credit Counseling

bfmisdoc elf (1/22/15)