# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE:  Camara Thorpe                         :          Bk No.: 18 – 14564 - mdc
                                           :
Debtors                                    :

## **ORDER**

AND NOW, this   31st   day of   July   , 2018, upon review of Debtor's Motion for Expedited Hearing and any response thereto, it is hereby Ordered and Decreed that Debtor's Motion to Reconsider Dismissal shall be heard before this Court on   August 2, 2018   at   12:30   p.m, in Courtroom 2, 900 Market Street, Philadelphia, Pa. 19107.

*Magdeline D. Coleman*

Magdeline D. Coleman, U.S. Bankruptcy Judge