United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Camara J Thorpe  
      Debtor

Case No. 18-14564-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Stacey      Page 1 of 1      Date Rcvd: Jul 31, 2018  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2018.  
db          +Camara J Thorpe,    7960 Bayard Street,    Philadelphia, PA 19150-1306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018                                              Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2018 at the address(es) listed below:  
        DEMETRIUS J. PARRISH    on behalf of Debtor Camara J Thorpe djpbkpa@gmail.com, djp711@aol.com;r60715@notify.bestcase.com  
        KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    philaecf@gmail.com,   ecfemails@ph13trustee.com  
                                                                                                                                          TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RE:  Camara Thorpe                    :           Bk No.: 18 – 14564 - mdc
                                      :
         Debtors                      :

**ORDER**

AND NOW, this    31st    day of    July    , 2018, upon review of Debtor's Motion for Expedited Hearing and any response thereto, it is hereby Ordered and Decreed that Debtor's Motion to Reconsider Dismissal shall be heard before this Court on    August 2, 2018    at    12:30    p.m, in Courtroom 2, 900 Market Street, Philadelphia, Pa. 19107.

_Magdeline D. Coleman_
Magdeline D. Coleman, U.S. Bankruptcy Judge